# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: May 30, 2023 8:57AM

DEVI NAMPIAPARAMPIL, MD MS

Rcpt. No: 100007192                  Trans. Date: May 30, 2023 8:57AM                  Cashier ID: #SM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| *201B | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #2430 | 05/30/2023 | $402.00 |
| | | | Total Due Prior to Payment: | $402.00 |
| | | | Total Tendered: | $402.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 23-cv-3947

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.