AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Devi Nampiaprampil<br><br>*Plaintiff(s)*<br>v.<br>Amy Loperst, David Duhdalde, Hannah Egerton, Frederick Schaffer, Bethany Perskie of The New York City Campaign Finance Board, and the New York City Campaign Fiance Board<br>*Defendant(s)* | Civil Action No. 23-cv-3947-PKC-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amy Loprest, Executive Director, NYC Campaign Finance Board, 100 Church Street Floor 12, New York, NY 10007
David Duhdalde, Senior Candidate Services Liaison NYC Campaign Finance Board, 100 Church Street 12 Floor, New York, NY 10007
Hannah Egerton, Director of Candidate Services NYC Campaign Finance Board, 100 Church Street 12 Floor, New York, NY 10007
Frederick Schaffer, Chairman NYC Campaign Fiance Board, 100 Church Street 12 Floor, New York, NY 10007
Bethany Perskie, General Counsel, NYC Campaign Finance Board, 100 Church Street 12 Floor, New York, NY 10007
The New York City Campaign Fiance Board, 100 Church Street 12 Floor, New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pro se Petitioner
Devi Nampiaparampil
111 John Street
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

BRENNA B. MAHONEY

CLERK OF COURT

Date: _____05/26/2023_____      _____*Signature of Clerk or Deputy Clerk*_____

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-3947-PKC-LB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                *Server's signature*

                                _____
                                *Printed name and title*


                                _____
                                *Server's address*

Additional information regarding attempted service, etc:

