



RECEIVED
JUN 02 2023
PRO SE OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-3947-PKC-LB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Duhalde

was received by me on *(date)* 06/01/2023 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
priority mail and email to the NYC Law Department
puase see attached letter for more details.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 06/01/2023

_____
*Server's signature*

Nazly Suarez
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

On May 31, 2023, I attempted to personally serve the New York City Campaign Finance Board (CFB) on the 12th Floor of 100 Church Street. The security guard at the front desk in the lobby (petite, African American woman with pixie-cut red hair and glasses) would not allow me to pass stating that I did not have an appointment. The security guard provided me with a phone number (212-409-1755) and asked that I call the CFB to ask them if I could go up to the 12th floor. I called the CFB main number twice but the phone calls went to voicemail.

Then I attempted to serve the New York Law Department/ Office of Corporation Counsel on the 2nd Floor of 100 Church Street. I went to the New York Law Department/ Office of Corporation Counsel Messenger Center, which was closed for personal service at that time.

Then I attempted to serve the New York City Comptroller. The city employee (white male, medium build, gray hair, glasses) at the office told me it will accept service for Notices of Claims but not of Summons and Complaints.

On June 1, 2023, I emailed the New York Law Department/ Office of Corporation Counsel with the Summons and Complaint. It accepted service.

I also personally served the New York Law Department/ Office of Corporation Counsel with the Summons and Complaint at the Messenger Center located at 100 Church Street.

I attempted to serve the "Chief Executive" of the City, the Mayor, but was stopped by an law enforcement agent (African American male, medium build, bald, goatee, and glasses) who was working as security for City Hall. The officer informed me that the Mayor's Office does not accept service for the New York City Campaign Finance Board.

Then I sent copies of the Summons and Complaint by priority mail– with one-day delivery and tracking– to the work and home addresses of:

Amy Loprest
David Duhalde
Hannah Egerton
Frederick Schaffer, and
Bethany Perskie



**UNITED STATES POSTAL SERVICE.**

PECK SLIP
114 JOHN ST
NEW YORK, NY 10038-9991
(800)275-8777

06/01/2023                              04:21 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

---

Priority Mail®      1                    $9.80
    New York, NY 10025
    Weight: 1 lb 3.40 oz          *Fredrick*
    Expected Delivery Date        *Schaffer*
        Fri 06/02/2023
    Tracking #:
        9505 5150 8467 3152 7084 27
    Insurance                             $0.00
        Up to $100.00 included
Total                                     $9.80

Priority Mail®      1                    $9.80
    New York, NY 10007
    Weight: 1 lb 3.20 oz
    Expected Delivery Date        *CFB*
        Fri 06/02/2023
    Tracking #:
        9505 5150 8467 3152 7084 41
    Insurance                             $0.00
        Up to $100.00 included
Total                                     $9.80

Priority Mail®      1                    $9.80
    New York, NY 10007
    Weight: 1 lb 3.20 oz          *CFB*
    Expected Delivery Date
        Fri 06/02/2023
    Tracking #:
        9505 5150 8467 3152 7084 65
    Insurance                             $0.00
        Up to $100.00 included
Total                                     $9.80

Priority Mail®      1                    $9.80
    New York, NY 10007
    Weight: 1 lb 3.20 oz          *CFB*
    Expected Delivery Date
        Fri 06/02/2023
    Tracking #:
        9505 5150 8467 3152 7084 89
    Insurance                             $0.00
        Up to $100.00 included
Total                                     $9.80

Priority Mail®      1                    $9.80
    New York, NY 10007
    Weight: 1 lb 3.20 oz          *CFB*
    Expected Delivery Date
        Fri 06/02/2023
    Tracking #:
        9505 5150 8467 3152 7085 02
    Insurance                             $0.00
        Up to $100.00 included
Total                                     $9.80

Priority Mail®      1                    $9.80
    New York, NY 10007
    Weight: 1 lb 3.20 oz          *CFB*
    Expected Delivery Date
        Fri 06/02/2023
    Tracking #:
        9505 5150 8467 3152 7085 26
    Insurance                             $0.00
        Up to $100.00 included
Total                                     $9.80

Priority Mail®      1                    $9.80
    Brooklyn, NY 11201
    Weight: 1 lb 3.20 oz    →*Bethany*
    Expected Delivery Date      *Perskie*
        Fri 06/02/2023
    Tracking #:
        9505 5150 8467 3152 7085 40
    Insurance                             $0.00
        Up to $100.00 included
Total                                     $9.80

Priority Mail®      1                    $9.80
    Brooklyn, NY 11216
    Weight: 1 lb 3.30 oz
    Expected Delivery Date      →*Hannah*
        Fri 06/02/2023              *Egerton*
    Tracking #:
        9505 5150 8467 3152 7085 64
    Insurance                             $0.00
        Up to $100.00 included
Total                                     $9.80

Priority Mail®      1                    $9.80
    Brooklyn, NY 11226
    Weight: 1 lb 3.30 oz          *David*
    Expected Delivery Date       *Duhalde*
        Fri 06/02/2023
    Tracking #:
        9505 5150 8467 3152 7085 88
    Insurance                             $0.00
        Up to $100.00 included
Total                                     $9.80

Priority Mail®      1                    $9.80
    Brooklyn, NY 11238
    Weight: 1 lb 3.50 oz       →*Amy*
    Expected Delivery Date        *Lopacst*
        Fri 06/02/2023
    Tracking #:
        9505 5150 8467 3152 7086 01
    Insurance                             $0.00
        Up to $100.00 included
Total                                     $9.80

---

Grand Total:                            $98.00

---

Credit Card Remit                       $98.00
    Card Name: VISA
    Account #: XXXXXXXXXXXX2439
    Approval #: 06443D
    Transaction #: 899
    AID: A0000000031010          Chip
    AL: VISA CREDIT
    PIN: Not Required

---

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

---

UFN: 359674-0017

Amy Loprest
227 Greene Avenue
Brooklyn, NY 11238

Amy Loprest
100 Church Street 12th Floor
New York, NY 10007

David Duhalde
148 Parkside Avenue #2A
Brooklyn, NY 11226

David Duhalde
100 Church Street 12th Floor
New York, NY 10007

Hannah Egerton
678 Lincoln Place Apt. 2F
Brooklyn, NY 11216

Hannah Egerton
100 Church Street 12th Floor
New York, NY 10007

Frederick Schaffer
924 West End Avenue Apt. 85
New York, NY 10025

Frederick Schaffer
100 Church Street 12th Floor
New York, NY 10007

Bethany Perskie
80 Cranberry Street Apt. 3G
Brooklyn, NY 11201-1120

Bethany Perskie
100 Church Street 12th Floor
New York, NY 10007

NYC Campaign Finance Board
100 Church Street 12th Floor
New York, NY 10007


## Service of Papers to the NYC Campaign Finance Board
1 message

**Jane Gold** <janegold152@gmail.com>
To: ServiceECF@law.nyc.gov

Thu, Jun 1, 2023 at 1:22 PM

Hi,

Thank you for getting back to me so quickly. I am serving the following on the NYC Campaign Finance Board:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil v CFB Paper Complaint 5-26-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

These documents are being served upon the following:

Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)
The NYC Campaign Finance Board itself

Please confirm receipt.

Best,
Nazly Suarez

---

**4 attachments**

- 📄 **Nampaiparampil v CFB Summons 5-26-23.pdf**
  51K

- 📄 **Nampiaparampil v CFB Paper Complaint 5-26-23.pdf**
  252K

- 📄 **Nampiaparampil v CFB Exhibits 5-26-23.pdf**
  1681K

- 📄 **Nampiaparampil v CFB Supplement to Complaint 5-26-23.pdf**
  498K


## Proof of service receipt
1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>
To: Jane Gold <janegold152@gmail.com>

Thu, Jun 1, 2023 at 1:26 PM

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please retain it for your records. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities. Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.