**ORIGINAL**

**RECEIVED JUN 02 2023 PRO SE OFFICE**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-3947-PKC-LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Fredrick Schaffer__

was received by me on *(date)* __06/01/2023__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: __priority mail and email to NYC law department please see attached letter for more detail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __06/01/2023__

*Server's signature*

__Nazly Suarez__
*Printed name and title*

__111 John Street, Suite 2509, New York, NY 10038__
*Server's address*

Additional information regarding attempted service, etc:

On May 31, 2023, I attempted to personally serve the New York City Campaign Finance Board (CFB) on the 12th Floor of 100 Church Street. The security guard at the front desk in the lobby (petite, African American woman with pixie-cut red hair and glasses) would not allow me to pass stating that I did not have an appointment. The security guard provided me with a phone number (212-409-1755) and asked that I call the CFB to ask them if I could go up to the 12th floor. I called the CFB main number twice but the phone calls went to voicemail.

Then I attempted to serve the New York Law Department/ Office of Corporation Counsel on the 2nd Floor of 100 Church Street. I went to the New York Law Department/ Office of Corporation Counsel Messenger Center, which was closed for personal service at that time.

Then I attempted to serve the New York City Comptroller. The city employee (white male, medium build, gray hair, glasses) at the office told me it will accept service for Notices of Claims but not of Summons and Complaints.

On June 1, 2023, I emailed the New York Law Department/ Office of Corporation Counsel with the Summons and Complaint. It accepted service.

I also personally served the New York Law Department/ Office of Corporation Counsel with the Summons and Complaint at the Messenger Center located at 100 Church Street.

I attempted to serve the "Chief Executive" of the City, the Mayor, but was stopped by an law enforcement agent (African American male, medium build, bald, goatee, and glasses) who was working as security for City Hall. The officer informed me that the Mayor's Office does not accept service for the New York City Campaign Finance Board.

Then I sent copies of the Summons and Complaint by priority mail– with one-day delivery and tracking– to the work and home addresses of:

Amy Loprest
David Duhalde
Hannah Egerton
Frederick Schaffer, and
Bethany Perskie

```
       POSTAL SERVICE.
           PECK SLIP
          114 JOHN ST
       NEW YORK, NY 10038-9991
          (800)275-8777
06/01/2023                      04:21 PM
------------------------------------------
Product            Qty    Unit      Price
                          Price
------------------------------------------
Priority Mail®       1              $9.80
  New York, NY 10025
  Weight: 1 lb 3.40 oz       Fredrick
  Expected Delivery Date     Schaffer
      Fri 06/02/2023
  Tracking #:
     9505 5150 8467 3152 7084 27
  Insurance                         $0.00
      Up to $100.00 included
Total                               $9.80

Priority Mail®       1              $9.80
  New York, NY 10007
  Weight: 1 lb 3.20 oz
  Expected Delivery Date      CFB
      Fri 06/02/2023
  Tracking #:
     9505 5150 8467 3152 7084 41
  Insurance                         $0.00
      Up to $100.00 included
Total                               $9.80

Priority Mail®       1              $9.80
  New York, NY 10007
  Weight: 1 lb 3.20 oz       CFB
  Expected Delivery Date
      Fri 06/02/2023
  Tracking #:
     9505 5150 8467 3152 7084 65
  Insurance                         $0.00
      Up to $100.00 included
Total                               $9.80

Priority Mail®       1              $9.80
  New York, NY 10007
  Weight: 1 lb 3.20 oz       CFB
  Expected Delivery Date
      Fri 06/02/2023
  Tracking #:
     9505 5150 8467 3152 7084 89
  Insurance                         $0.00
      Up to $100.00 included
Total                               $9.80

Priority Mail®       1              $9.80
  New York, NY 10007
  Weight: 1 lb 3.20 oz       CFB
  Expected Delivery Date
      Fri 06/02/2023
  Tracking #:
     9505 5150 8467 3152 7085 02
  Insurance                         $0.00
      Up to $100.00 included
Total                               $9.80

Priority Mail®       1              $9.80
  New York, NY 10007
  Weight: 1 lb 3.20 oz       CFB
  Expected Delivery Date
      Fri 06/02/2023
  Tracking #:
     9505 5150 8467 3152 7085 26
  Insurance                         $0.00
      Up to $100.00 included
Total                               $9.80

Priority Mail®       1              $9.80
  Brooklyn, NY 11201
  Weight: 1 lb 3.20 oz    → Bethany
  Expected Delivery Date     Perskit
      Fri 06/02/2023
  Tracking #:
     9505 5150 8467 3152 7085 40
  Insurance                         $0.00
      Up to $100.00 included
Total                               $9.80

Priority Mail®       1              $9.80
  Brooklyn, NY 11216
  Weight: 1 lb 3.30 oz
  Expected Delivery Date    → Hannah
      Fri 06/02/2023           Egerton
  Tracking #:
     9505 5150 8467 3152 7085 64
  Insurance                         $0.00
      Up to $100.00 included
Total                               $9.80

Priority Mail®       1              $9.80
  Brooklyn, NY 11226
  Weight: 1 lb 3.30 oz        David
  Expected Delivery Date     Dunalde
      Fri 06/02/2023
  Tracking #:
     9505 5150 8467 3152 7085 88
  Insurance                         $0.00
      Up to $100.00 included
Total                               $9.80

Priority Mail®       1              $9.80
  Brooklyn, NY 11238
  Weight: 1 lb 3.50 oz
  Expected Delivery Date    → Amy
      Fri 06/02/2023           Lopresti
  Tracking #:
     9505 5150 8467 3152 7086 01
  Insurance                         $0.00
      Up to $100.00 included
Total                               $9.80
------------------------------------------
Grand Total:                       $98.00
------------------------------------------
Credit Card Remit                  $98.00
   Card Name: VISA
   Account #: XXXXXXXXXXXX2439
   Approval #: 06443D
   Transaction #: 899
   AID: A0000000031010         Chip
   AL: VISA CREDIT
   PIN: Not Required
------------------------------------------

   In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
      Associate can show you how.

  Text your tracking number to 28777 (2USPS)
   to get the latest status. Standard Message
    and Data rates may apply. You may also
    visit www.usps.com USPS Tracking or call
              1-800-222-1811.

    Save this receipt as evidence of
   insurance. For information on filing an
          insurance claim go to
     https://www.usps.com/help/claims.htm
          or call 1-800-222-1811

            Preview your Mail
            Track your Packages
            Sign up for FREE @
       https://informeddelivery.usps.com

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
         Thank you for your business.

       Tell us about your experience.
    Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device.
```



```
           or call 1-800-410-7420.
------------------------------------------
UFN: 359674-0017
```

Amy Loprest
227 Greene Avenue
Brooklyn, NY 11238

Amy Loprest
100 Church Street 12th Floor
New York, NY 10007

David Duhalde
148 Parkside Avenue #2A
Brooklyn, NY 11226

David Duhalde
100 Church Street 12th Floor
New York, NY 10007

Hannah Egerton
678 Lincoln Place Apt. 2F
Brooklyn, NY 11216

Hannah Egerton
100 Church Street 12th Floor
New York, NY 10007

Frederick Schaffer
924 West End Avenue Apt. 85
New York, NY 10025

Frederick Schaffer
100 Church Street 12th Floor
New York, NY 10007

Bethany Perskie
80 Cranberry Street Apt. 3G
Brooklyn, NY 11201-1120

Bethany Perskie
100 Church Street 12th Floor
New York, NY 10007

NYC Campaign Finance Board
100 Church Street 12th Floor
New York, NY 10007

 Gmail

Jane Gold <janegold152@gmail.com>

## Service of Papers to the NYC Campaign Finance Board
1 message

**Jane Gold** <janegold152@gmail.com>  Thu, Jun 1, 2023 at 1:22 PM
To: ServiceECF@law.nyc.gov

Hi,

Thank you for getting back to me so quickly. I am serving the following on the NYC Campaign Finance Board:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil v CFB Paper Complaint 5-26-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

These documents are being served upon the following:

Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)
The NYC Campaign Finance Board itself

Please confirm receipt.

Best,
Nazly Suarez

---

**4 attachments**

- Nampaiparampil v CFB Summons 5-26-23.pdf
  51K
- Nampiaparampil v CFB Paper Complaint 5-26-23.pdf
  252K
- Nampiaparampil v CFB Exhibits 5-26-23.pdf
  1681K
- Nampiaparampil v CFB Supplement to Complaint 5-26-23.pdf
  498K

 Gmail  Jane Gold <janegold152@gmail.com>

## Proof of service receipt
1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>  Thu, Jun 1, 2023 at 1:26 PM
To: Jane Gold <janegold152@gmail.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please retain it for your records. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities. Service of process on any individually named parties has not been accepted.

<u>Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.</u>

**Please be reminded** that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.