Civil Action No. 23-cv-3947-PKC-LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **NYC Campaign Finance Board**
was received by me on *(date)* **06/01/2023**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Ariton Marke, Deputy Unit Chief**, who is
designated by law to accept service of process on behalf of *(name of organization)* **NYC Law Department** **NYC Campaign Finance Board** on *(date)* **06/01/2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **06/01/2023**

_____
Server's signature

**Nazly Suarez**
Printed name and title

**111 John Street, Suite 2509, New York, NY 10038**
Server's address

Additional information regarding attempted service, etc:
please attached letter for more details

On May 31, 2023, I attempted to personally serve the New York City Campaign Finance Board (CFB) on the 12th Floor of 100 Church Street. The security guard at the front desk in the lobby (petite, African American woman with pixie-cut red hair and glasses) would not allow me to pass stating that I did not have an appointment. The security guard provided me with a phone number (212-409-1755) and asked that I call the CFB to ask them if I could go up to the 12th floor. I called the CFB main number twice but the phone calls went to voicemail.

Then I attempted to serve the New York Law Department/ Office of Corporation Counsel on the 2nd Floor of 100 Church Street. I went to the New York Law Department/ Office of Corporation Counsel Messenger Center, which was closed for personal service at that time.

Then I attempted to serve the New York City Comptroller. The city employee (white male, medium build, gray hair, glasses) at the office told me it will accept service for Notices of Claims but not of Summons and Complaints.

On June 1, 2023, I emailed the New York Law Department/ Office of Corporation Counsel with the Summons and Complaint. It accepted service.

I also personally served the New York Law Department/ Office of Corporation Counsel with the Summons and Complaint at the Messenger Center located at 100 Church Street.

I attempted to serve the "Chief Executive" of the City, the Mayor, but was stopped by an law enforcement agent (African American male, medium build, bald, goatee, and glasses) who was working as security for City Hall. The officer informed me that the Mayor's Office does not accept service for the New York City Campaign Finance Board.

Then I sent copies of the Summons and Complaint by priority mail– with one-day delivery and tracking– to the work and home addresses of:

Amy Loprest
David Duhalde
Hannah Egerton
Frederick Schaffer, and
Bethany Perskie

```
■ POSTAL SERVICE.
              PECK SLIP
              114 JOHN ST
           NEW YORK, NY 10038-9991
              (800)275-8777
06/01/2023                         04:21 PM
-----------------------------------------------
Product              Qty    Unit       Price
                            Price
-----------------------------------------------
Priority Mail®        1                $9.80
   New York, NY 10025
   Weight: 1 lb 3.40 oz       Fredrick
   Expected Delivery Date     Schaffer
      Fri 06/02/2023
   Tracking #:
      9505 5150 8467 3152 7084 27
   Insurance                           $0.00
      Up to $100.00 included
Total                                  $9.80

Priority Mail®        1                $9.80
   New York, NY 10007
   Weight: 1 lb 3.20 oz        CFB
   Expected Delivery Date
      Fri 06/02/2023
   Tracking #:
      9505 5150 8467 3152 7084 41
   Insurance                           $0.00
      Up to $100.00 included
Total                                  $9.80

Priority Mail®        1                $9.80
   New York, NY 10007
   Weight: 1 lb 3.20 oz        CFB
   Expected Delivery Date
      Fri 06/02/2023
   Tracking #:
      9505 5150 8467 3152 7084 65
   Insurance                           $0.00
      Up to $100.00 included
Total                                  $9.80

Priority Mail®        1                $9.80
   New York, NY 10007
   Weight: 1 lb 3.20 oz        CFB
   Expected Delivery Date
      Fri 06/02/2023
   Tracking #:
      9505 5150 8467 3152 7084 89
   Insurance                           $0.00
      Up to $100.00 included
Total                                  $9.80

Priority Mail®        1                $9.80
   New York, NY 10007
   Weight: 1 lb 3.20 oz        CFB
   Expected Delivery Date
      Fri 06/02/2023
   Tracking #:
      9505 5150 8467 3152 7085 02
   Insurance                           $0.00
      Up to $100.00 included
Total                                  $9.80

Priority Mail®        1                $9.80
   New York, NY 10007
   Weight: 1 lb 3.20 oz        CFB
   Expected Delivery Date
      Fri 06/02/2023
   Tracking #:
      9505 5150 8467 3152 7085 26
   Insurance                           $0.00
      Up to $100.00 included
Total                                  $9.80

Priority Mail®        1                $9.80
   Brooklyn, NY 11201
   Weight: 1 lb 3.20 oz    → Bethany
   Expected Delivery Date      Perskit
      Fri 06/02/2023
   Tracking #:
      9505 5150 8467 3152 7085 40
   Insurance                           $0.00
      Up to $100.00 included
Total                                  $9.80

Priority Mail®        1                $9.80
   Brooklyn, NY 11226
   Weight: 1 lb 3.30 oz
   Expected Delivery Date    → Hannah
      Fri 06/02/2023            Egerton
   Tracking #:
      9505 5150 8467 3152 7085 64
   Insurance                           $0.00
      Up to $100.00 included
Total                                  $9.80

Priority Mail®        1                $9.80
   Brooklyn, NY 11226
   Weight: 1 lb 3.30 oz
   Expected Delivery Date       David
      Fri 06/02/2023             Dunaide
   Tracking #:
      9505 5150 8467 3152 7085 88
   Insurance                           $0.00
      Up to $100.00 included
Total                                  $9.80

Priority Mail®        1                $9.80
   Brooklyn, NY 11238
   Weight: 1 lb 3.50 oz
   Expected Delivery Date   → Amy
      Fri 06/02/2023           Loprest
   Tracking #:
      9505 5150 8467 3152 7086 01
   Insurance                           $0.00
      Up to $100.00 included
Total                                  $9.80
-----------------------------------------------
Grand Total:                          $98.00
-----------------------------------------------
Credit Card Remit                     $98.00
   Card Name: VISA
   Account #: XXXXXXXXXXXX2439
   Approval #: 06443D
   Transaction #: 899
   AID: A0000000031010        Chip
   AL: VISA CREDIT
   PIN: Not Required
-----------------------------------------------

   In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
       Associate can show you how.

 Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
   and Data rates may apply. You may also
    visit www.usps.com USPS Tracking or call
               1-800-222-1811.

      Save this receipt as evidence of
   insurance. For information on filing an
              insurance claim go to
      https://www.usps.com/help/claims.htm
           or call 1-800-222-1811

             Preview your Mail
            Track your Packages
            Sign up for FREE @
       https://informeddelivery.usps.com

     All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

       Tell us about your experience.
    Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device.
```



```
              or call 1-800-410-7420.
-----------------------------------------------
UFN: 359674-0017
```

Amy Loprest
227 Greene Avenue
Brooklyn, NY 11238

Amy Loprest
100 Church Street 12th Floor
New York, NY 10007

David Duhalde
148 Parkside Avenue #2A
Brooklyn, NY 11226

David Duhalde
100 Church Street 12th Floor
New York, NY 10007

Hannah Egerton
678 Lincoln Place Apt. 2F
Brooklyn, NY 11216

Hannah Egerton
100 Church Street 12th Floor
New York, NY 10007

Frederick Schaffer
924 West End Avenue Apt. 85
New York, NY 10025

Frederick Schaffer
100 Church Street 12th Floor
New York, NY 10007

Bethany Perskie
80 Cranberry Street Apt. 3G
Brooklyn, NY 11201-1120

Bethany Perskie
100 Church Street 12th Floor
New York, NY 10007

NYC Campaign Finance Board
100 Church Street 12th Floor
New York, NY 10007

 Gmail

Jane Gold <janegold152@gmail.com>

## Service of Papers to the NYC Campaign Finance Board
1 message

**Jane Gold** <janegold152@gmail.com>  
To: ServiceECF@law.nyc.gov

Thu, Jun 1, 2023 at 1:22 PM

Hi,

Thank you for getting back to me so quickly. I am serving the following on the NYC Campaign Finance Board:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil v CFB Paper Complaint 5-26-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

These documents are being served upon the following:

Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)
The NYC Campaign Finance Board itself

Please confirm receipt.

Best,
Nazly Suarez

---

**4 attachments**

- **Nampaiparampil v CFB Summons 5-26-23.pdf**  
  51K
- **Nampiaparampil v CFB Paper Complaint 5-26-23.pdf**  
  252K
- **Nampiaparampil v CFB Exhibits 5-26-23.pdf**  
  1681K
- **Nampiaparampil v CFB Supplement to Complaint 5-26-23.pdf**  
  498K

 **Gmail**                                                         Jane Gold <janegold152@gmail.com>

## Proof of service receipt
1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>                            Thu, Jun 1, 2023 at 1:26 PM
To: Jane Gold <janegold152@gmail.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

<u>Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.</u>

**Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.**

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.