UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————— X

Devi Nampiaparampil

                Plaintiff,

       -against-

Loprest et al.

              Defendant.

——————————————————— X

**FILED
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Jun 5, 2023, 7:01 PM
Pro Se Office via
Box.com**

Affirmation of Service

23 CV 3947 (pkc) LB

I, _Devi Nampiaparampil_ , declare under penalty of perjury that I have

served a copy of the attached _Summons + Amended Complaint_

upon _Amy Loprest_

whose address is: _____

_____

Dated: _6 / 2 / 23_
New York , New York

by email to aloprest@nyccfb.info
+ Corporation Counsel Service ECF@law.nyc.g

                           _____
                           Signature

                           111 John Street #2509
                           Address

                           New York, NY 10038
                           City, State, Zip Code

 **Gmail**

Devi Nampiaparampil <devichechi@gmail.com>

---

## Service of Amended Complaint (6-2-23)
1 message

---

**Devi Nampiaparampil** <devichechi@gmail.com>                          Fri, Jun 2, 2023 at 5:18 PM
To: ServiceECF@law.nyc.gov, aloprest@nyccfb.info, David Duhalde-Wine <DDuhalde@nyccfb.info>, Hannah Egerton <hegerton@nyccfb.info>, fschaffer@nyccfb.info, bperskie@nyccfb.info

Hello,

On June 1, 2023, Nazly Suarez served you with a Summons and Complaint for:

The NYC Campaign Finance Board
Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)

The Summons and Complaint were also sent with tracking to each person's work and home addresses, based on the information provided to the Board of Elections in 2023.

You were served with a full and correct copy. However, the United States Eastern District Court did not have all of the pages of the Complaint. Therefore, I amended the Complaint. I am attaching the Amended Complaint here. The changes are in the 7 page handwritten portion where I noted that the Complaint was amended. I added the case number and signed with today's date.

Cutting and pasting from the email below, I am sending the following:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil Amended Complaint 6-2-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

Best,

Devi E. Nampiaparampil, MD, MS
Medical Director, Metropolis Pain Medicine
Associate Professor, NYU School of Medicine
www.doctordevi.com


---------- Forwarded message ---------
From: **Jane Gold** <janegold152@gmail.com>
Date: Fri, Jun 2, 2023 at 5:04 PM
Subject: Fwd: Service of Papers to the NYC Campaign Finance Board
To: Devichechi@gmail.com <Devichechi@gmail.com>


---------- Forwarded message ---------
From: **Jane Gold** <janegold152@gmail.com>
Date: Thu, Jun 1, 2023 at 1:22 PM
Subject: Service of Papers to the NYC Campaign Finance Board
To: <ServiceECF@law.nyc.gov>


Hi,

Thank you for getting back to me so quickly. I am serving the following on the NYC Campaign Finance Board:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil v CFB Paper Complaint 5-26-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

These documents are being served upon the following:

Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)
The NYC Campaign Finance Board itself

Please confirm receipt.

Best,
Nazly Suarez

---

**4 attachments**

**Nampaiparampil v CFB Summons 5-26-23.pdf**
51K

**Nampiaparampil v CFB Exhibits 5-26-23.pdf**
1681K

**Nampiaparampil v CFB Supplement to Complaint 5-26-23.pdf**
498K

**Nampiaparampil Amended Complaint (6-2-23).pdf**
275K

 **Gmail**

Devi Nampiaparampil <devichechi@gmail.com>

---

## Proof of service receipt
1 message

---

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>                                   Fri, Jun 2, 2023 at 5:22 PM
To: Devi Nampiaparampil <devichechi@gmail.com>

---

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— X

Devi Nampiaparampil

                    Plaintiff,                    Affirmation of Service

          -against-

Loprest et. al                                    23 CV 3947 (pkc) LB

                    Defendant.

———————————————————— X


    I, Devi Nampiaparampil , declare under penalty of perjury that I have

served a copy of the attached   Amended Complaint + Summons

upon  David Duhalde

whose address is:



Dated:  6 / 2 / 23          also by email  dduhalde @nyCCFb.info
   New York , New York     + to Corporation Counsel  Service ECF @ law.nyc.gov

                          _____
                          Signature

                          111 John Street #2509
                          Address

                          New York, NY 10038
                          City, State, Zip Code

 Gmail                                    **Devi Nampiaparampil** <devichechi@gmail.com>

---

## Service of Amended Complaint (6-2-23)
1 message

---

**Devi Nampiaparampil** <devichechi@gmail.com>                          Fri, Jun 2, 2023 at 5:18 PM
To: ServiceECF@law.nyc.gov, aloprest@nyccfb.info, David Duhalde-Wine <DDuhalde@nyccfb.info>, Hannah Egerton
<hegerton@nyccfb.info>, fschaffer@nyccfb.info, bperskie@nyccfb.info

Hello,

On June 1, 2023, Nazly Suarez served you with a Summons and Complaint for:

The NYC Campaign Finance Board
Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)

The Summons and Complaint were also sent with tracking to each person's work and home addresses, based on the
information provided to the Board of Elections in 2023.

You were served with a full and correct copy. However, the United States Eastern District Court did not have all of the
pages of the Complaint. Therefore, I amended the Complaint. I am attaching the Amended Complaint here. The changes
are in the 7 page  handwritten portion where I noted that the Complaint was amended. I added the case number and
signed with today's date.

Cutting and pasting from the email below, I am sending the following:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil Amended Complaint 6-2-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

Best,

Devi E. Nampiaparampil, MD, MS
Medical Director, Metropolis Pain Medicine
Associate Professor, NYU School of Medicine
www.doctordevi.com


---------- Forwarded message ---------
From: **Jane Gold** <janegold152@gmail.com>
Date: Fri, Jun 2, 2023 at 5:04 PM
Subject: Fwd: Service of Papers to the NYC Campaign Finance Board
To: Devichechi@gmail.com <Devichechi@gmail.com>


---------- Forwarded message ---------
From: **Jane Gold** <janegold152@gmail.com>
Date: Thu, Jun 1, 2023 at 1:22 PM
Subject: Service of Papers to the NYC Campaign Finance Board
To: <ServiceECF@law.nyc.gov>


Hi,

Thank you for getting back to me so quickly. I am serving the following on the NYC Campaign Finance Board:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil v CFB Paper Complaint 5-26-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

These documents are being served upon the following:

Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)
The NYC Campaign Finance Board itself

Please confirm receipt.

Best,
Nazly Suarez

---

**4 attachments**

**Nampaiparampil v CFB Summons 5-26-23.pdf**
51K

**Nampiaparampil v CFB Exhibits 5-26-23.pdf**
1681K

**Nampiaparampil v CFB Supplement to Complaint 5-26-23.pdf**
498K

**Nampiaparampil Amended Complaint (6-2-23).pdf**
275K

 **Gmail**

Devi Nampiaparampil <devichechi@gmail.com>

## Proof of service receipt

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>
To: Devi Nampiaparampil <devichechi@gmail.com>

Fri, Jun 2, 2023 at 5:22 PM

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— X

Devi Nampiaparanyil
                          Plaintiff,

        -against-

Loprest et al.
                          Defendant.

———————————————————————— X

Affirmation of Service

23 CV 3947 (pkc) LB

I, _Devi Nampiaparanyil_, declare under penalty of perjury that I have
served a copy of the attached _Summons + Amended Complaint_
upon _Hannah Egerton_____
whose address is: _____

_____

Dated: _6/2/23_          by email to hegerton @ nyccfb.info
                 , New York    + Corporation Counsel Service ECF@law.nyc
                                                    gov

                                _Signature_

                                _111 John Street #2509_
                                Address

                                _New York, NY 10038_
                                City, State, Zip Code

 **Gmail**                                    **Devi Nampiaparampil <devichechi@gmail.com>**

## Service of Amended Complaint (6-2-23)
1 message

**Devi Nampiaparampil** <devichechi@gmail.com>                          Fri, Jun 2, 2023 at 5:18 PM
To: ServiceECF@law.nyc.gov, aloprest@nyccfb.info, David Duhalde-Wine <DDuhalde@nyccfb.info>, Hannah Egerton
<hegerton@nyccfb.info>, fschaffer@nyccfb.info, bperskie@nyccfb.info

Hello,

On June 1, 2023, Nazly Suarez served you with a Summons and Complaint for:

The NYC Campaign Finance Board
Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)

The Summons and Complaint were also sent with tracking to each person's work and home addresses, based on the
information provided to the Board of Elections in 2023.

You were served with a full and correct copy. However, the United States Eastern District Court did not have all of the
pages of the Complaint. Therefore, I amended the Complaint. I am attaching the Amended Complaint here. The changes
are in the 7 page  handwritten portion where I noted that the Complaint was amended. I added the case number and
signed with today's date.

Cutting and pasting from the email below, I am sending the following:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil Amended Complaint 6-2-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

Best,

Devi E. Nampiaparampil, MD, MS
Medical Director, Metropolis Pain Medicine
Associate Professor, NYU School of Medicine
www.doctordevi.com


---------- Forwarded message ---------
From: **Jane Gold** <janegold152@gmail.com>
Date: Fri, Jun 2, 2023 at 5:04 PM
Subject: Fwd: Service of Papers to the NYC Campaign Finance Board
To: Devichechi@gmail.com <Devichechi@gmail.com>


---------- Forwarded message ---------
From: **Jane Gold** <janegold152@gmail.com>
Date: Thu, Jun 1, 2023 at 1:22 PM
Subject: Service of Papers to the NYC Campaign Finance Board
To: <ServiceECF@law.nyc.gov>


Hi,

Thank you for getting back to me so quickly. I am serving the following on the NYC Campaign Finance Board:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil v CFB Paper Complaint 5-26-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

These documents are being served upon the following:

Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)
The NYC Campaign Finance Board itself

Please confirm receipt.

Best,
Nazly Suarez

---

**4 attachments**

**Nampaiparampil v CFB Summons 5-26-23.pdf**
51K

**Nampiaparampil v CFB Exhibits 5-26-23.pdf**
1681K

**Nampiaparampil v CFB Supplement to Complaint 5-26-23.pdf**
498K

**Nampiaparampil Amended Complaint (6-2-23).pdf**
275K

 Gmail

**Devi Nampiaparampil <devichechi@gmail.com>**

## Proof of service receipt
1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>                                    Fri, Jun 2, 2023 at 5:22 PM
To: Devi Nampiaparampil <devichechi@gmail.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— X

Devi Nampiaparampil

                    Plaintiff,                              Affirmation of Service

          -against-

Loprest et al.                             23 CV 3947 (pkc) LB

                    Defendant.

———————————————————— X

I, _Devi Nampiaparampil_, declare under penalty of perjury that I have

served a copy of the attached _Summons + Amended Complaint_

upon _Frederick Schaffer_

whose address is: _____

_____

                              by email to: Fschaffer@nyccfb-info
Dated: _6/2/23_              & Corporation Counsel service ECF @ law.nyc.g
New York, New York

                                   _____
                                   Signature

                                   111 John Sweet # 2509
                                   Address

                                   New York, NY 10038
                                   City, State, Zip Code

 Gmail

Devi Nampiaparampil <devichechi@gmail.com>

---

## Service of Amended Complaint (6-2-23)

1 message

---

**Devi Nampiaparampil** <devichechi@gmail.com>                              Fri, Jun 2, 2023 at 5:18 PM
To: ServiceECF@law.nyc.gov, aloprest@nyccfb.info, David Duhalde-Wine <DDuhalde@nyccfb.info>, Hannah Egerton <hegerton@nyccfb.info>, fschaffer@nyccfb.info, bperskie@nyccfb.info

Hello,

On June 1, 2023, Nazly Suarez served you with a Summons and Complaint for:

The NYC Campaign Finance Board
Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)

The Summons and Complaint were also sent with tracking to each person's work and home addresses, based on the information provided to the Board of Elections in 2023.

You were served with a full and correct copy. However, the United States Eastern District Court did not have all of the pages of the Complaint. Therefore, I amended the Complaint. I am attaching the Amended Complaint here. The changes are in the 7 page  handwritten portion where I noted that the Complaint was amended. I added the case number and signed with today's date.

Cutting and pasting from the email below, I am sending the following:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil Amended Complaint 6-2-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

Best,

Devi E. Nampiaparampil, MD, MS
Medical Director, Metropolis Pain Medicine
Associate Professor, NYU School of Medicine
www.doctordevi.com


---------- Forwarded message ---------
From: **Jane Gold** <janegold152@gmail.com>
Date: Fri, Jun 2, 2023 at 5:04 PM
Subject: Fwd: Service of Papers to the NYC Campaign Finance Board
To: Devichechi@gmail.com <Devichechi@gmail.com>


---------- Forwarded message ---------
From: **Jane Gold** <janegold152@gmail.com>
Date: Thu, Jun 1, 2023 at 1:22 PM
Subject: Service of Papers to the NYC Campaign Finance Board
To: <ServiceECF@law.nyc.gov>


Hi,

Thank you for getting back to me so quickly. I am serving the following on the NYC Campaign Finance Board:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil v CFB Paper Complaint 5-26-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

These documents are being served upon the following:

Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)
The NYC Campaign Finance Board itself

Please confirm receipt.

Best,
Nazly Suarez

---

**4 attachments**

**Nampaiparampil v CFB Summons 5-26-23.pdf**
51K

**Nampiaparampil v CFB Exhibits 5-26-23.pdf**
1681K

**Nampiaparampil v CFB Supplement to Complaint 5-26-23.pdf**
498K

**Nampiaparampil Amended Complaint (6-2-23).pdf**
275K

 Gmail

**Devi Nampiaparampil <devichechi@gmail.com>**

## Proof of service receipt
1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>
To: Devi Nampiaparampil <devichechi@gmail.com>

Fri, Jun 2, 2023 at 5:22 PM

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please retain it for your records. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities. Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————— x

Devi Nampraparamp

Plaintiff,                      Affirmation of Service

-against-

Loprest et al.                 23 CV 3947 (pkc) LB

Defendant.

——————————————————— x

I, Devi Nampraparamp, declare under penalty of perjury that I have

served a copy of the attached Summons + Amended Complaint

upon Bethany Pevskie

whose address is: 80 Cranberry Street Apt 3G

Brooklyn, NY 11201- 1120

Dated: 6/3/23

New York, New York

Signature

111 John Street #2509

Address

New York NY 10038

City, State, Zip Code

 Gmail

Devi Nampiaparampil <devichechi@gmail.com>

---

**Bethany Perskie Amended Complaint Receipt**
1 message

**Devi Nampiaparampil** <devichechi@gmail.com>
To: Devi Nampiaparampil <devichechi@gmail.com>

---

# UNITED STATES
# POSTAL SERVICE ®

RADIO CITY
322 W 52ND ST
NEW YORK, NY 10019-9998
(800)275-8777

06/03/2023                          09:47 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®                              $9.65
Flat Rate Env              1
  Brooklyn, NY 11201
  Flat Rate
  Expected Delivery Date
    Mon 06/05/2023
  Tracking #:
    9505 5139 7060 3154 1248 13
  Insurance                                  $0.00
    Up to $100.00 included
Total                                        $9.65

*(handwritten: BETHANY PERSKIE)*

---

Grand Total:                                 $9.65

---

Credit Card Remit                            $9.65
  Card Name: VISA
  Account #: XXXXXXXXXXXX2439
  Approval #: 05918D
  Transaction #: 026
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

---

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

---

UFN: 359655-0055
Receipt #: 840-51000030-5-12789592-2
Clerk: 17

**Privacy Act Statement:** Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 9505513970603154124813

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 10:53 am on June 5, 2023 in BROOKLYN, NY 11201.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, In/At Mailbox**
BROOKLYN, NY 11201
June 5, 2023, 10:53 am

**See All Tracking History**

Feedback

---

**Text & Email Updates**          ⌄

---

**USPS Tracking Plus®**          ⌄

---

**Product Information**          ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

 **Gmail**

**Devi Nampiaparampil <devichechi@gmail.com>**

---

## Service of Amended Complaint (6-2-23)
1 message

---

**Devi Nampiaparampil** <devichechi@gmail.com>                              Fri, Jun 2, 2023 at 5:18 PM
To: ServiceECF@law.nyc.gov, aloprest@nyccfb.info, David Duhalde-Wine <DDuhalde@nyccfb.info>, Hannah Egerton
<hegerton@nyccfb.info>, fschaffer@nyccfb.info, bperskie@nyccfb.info

Hello,

On June 1, 2023, Nazly Suarez served you with a Summons and Complaint for:

The NYC Campaign Finance Board
Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)

The Summons and Complaint were also sent with tracking to each person's work and home addresses, based on the
information provided to the Board of Elections in 2023.

You were served with a full and correct copy. However, the United States Eastern District Court did not have all of the
pages of the Complaint. Therefore, I amended the Complaint. I am attaching the Amended Complaint here. The changes
are in the 7 page handwritten portion where I noted that the Complaint was amended. I added the case number and
signed with today's date.

Cutting and pasting from the email below, I am sending the following:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil Amended Complaint 6-2-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

Best,

Devi E. Nampiaparampil, MD, MS
Medical Director, Metropolis Pain Medicine
Associate Professor, NYU School of Medicine
www.doctordevi.com

---------- Forwarded message ----------
From: **Jane Gold** <janegold152@gmail.com>
Date: Fri, Jun 2, 2023 at 5:04 PM
Subject: Fwd: Service of Papers to the NYC Campaign Finance Board
To: Devichechi@gmail.com <Devichechi@gmail.com>

---------- Forwarded message ----------
From: **Jane Gold** <janegold152@gmail.com>
Date: Thu, Jun 1, 2023 at 1:22 PM
Subject: Service of Papers to the NYC Campaign Finance Board
To: <ServiceECF@law.nyc.gov>

Hi,

Thank you for getting back to me so quickly. I am serving the following on the NYC Campaign Finance Board:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil v CFB Paper Complaint 5-26-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

These documents are being served upon the following:

Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)
The NYC Campaign Finance Board itself

Please confirm receipt.

Best,
Nazly Suarez

---

**4 attachments**

**Nampaiparampil v CFB Summons 5-26-23.pdf**
51K

**Nampiaparampil v CFB Exhibits 5-26-23.pdf**
1681K

**Nampiaparampil v CFB Supplement to Complaint 5-26-23.pdf**
498K

**Nampiaparampil Amended Complaint (6-2-23).pdf**
275K

 Gmail

**Devi Nampiaparampil <devichechi@gmail.com>**

## Proof of service receipt

1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>
To: Devi Nampiaparampil <devichechi@gmail.com>

Fri, Jun 2, 2023 at 5:22 PM

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please retain it for your records. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities. Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— X

Devi Nampraparampu

Plaintiff,                                    Affirmation of Service

-against-

Loprest et. Al                          23 CV 3947 (pkc) LB

Defendant.

———————————————————— X

I, Devi Nampraparampu, declare under penalty of perjury that I have

served a copy of the attached   Summons + Amended Complaint

upon   New York City Campaign Finance Board

whose address is: _____

Dated: 6/2/23                    Corporation Counsel
New York, New York              Service ECF @ law.nyc.gov

                                _____
                                Signature

                                111 John Street #2509
                                Address

                                New York NY 10038
                                City, State, Zip Code

Affirmation of Service (USDC-EDNY) - January 2003

 Gmail                                                     **Devi Nampiaparampil <devichechi@gmail.com>**

---

## Service of Amended Complaint (6-2-23)
1 message

---

**Devi Nampiaparampil** <devichechi@gmail.com>                          Fri, Jun 2, 2023 at 5:18 PM
To: ServiceECF@law.nyc.gov, aloprest@nyccfb.info, David Duhalde-Wine <DDuhalde@nyccfb.info>, Hannah Egerton
<hegerton@nyccfb.info>, fschaffer@nyccfb.info, bperskie@nyccfb.info

Hello,

On June 1, 2023, Nazly Suarez served you with a Summons and Complaint for:

The NYC Campaign Finance Board
Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)

The Summons and Complaint were also sent with tracking to each person's work and home addresses, based on the
information provided to the Board of Elections in 2023.

You were served with a full and correct copy. However, the United States Eastern District Court did not have all of the
pages of the Complaint. Therefore, I amended the Complaint. I am attaching the Amended Complaint here. The changes
are in the 7 page  handwritten portion where I noted that the Complaint was amended. I added the case number and
signed with today's date.

Cutting and pasting from the email below, I am sending the following:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil Amended Complaint 6-2-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

Best,

Devi E. Nampiaparampil, MD, MS
Medical Director, Metropolis Pain Medicine
Associate Professor, NYU School of Medicine
www.doctordevi.com


---------- Forwarded message ---------
From: **Jane Gold** <janegold152@gmail.com>
Date: Fri, Jun 2, 2023 at 5:04 PM
Subject: Fwd: Service of Papers to the NYC Campaign Finance Board
To: Devichechi@gmail.com <Devichechi@gmail.com>


---------- Forwarded message ---------
From: **Jane Gold** <janegold152@gmail.com>
Date: Thu, Jun 1, 2023 at 1:22 PM
Subject: Service of Papers to the NYC Campaign Finance Board
To: <ServiceECF@law.nyc.gov>


Hi,

Thank you for getting back to me so quickly. I am serving the following on the NYC Campaign Finance Board:

Nampiaparampil v CFB Summons 5-26-23 (1 page)
Nampiaparampil v CFB Paper Complaint 5-26-23 (7 pages)
Nampiaparampil v CFB Supplement to Complaint 5-26-23 (81 pages)
Nampiaparampil v CFB Exhibits 5-26-23 (25 pages)

These documents are being served upon the following:

Frederick Schaffer, Chair of the CFB (Official Capacity)
Amy Loprest, Executive Director of the CFB (Official Capacity)
David Duhalde, Senior Candidate Services Liaison of the CFB (Official Capacity)
Hannah Egerton, Director of Candidate Services of the CFB (Official Capacity)
Bethany Perskie, General Counsel of the CFB (Official Capacity)
The NYC Campaign Finance Board itself

Please confirm receipt.

Best,
Nazly Suarez

---

**4 attachments**

**Nampaiparampil v CFB Summons 5-26-23.pdf**
51K

**Nampiaparampil v CFB Exhibits 5-26-23.pdf**
1681K

**Nampiaparampil v CFB Supplement to Complaint 5-26-23.pdf**
498K

**Nampiaparampil Amended Complaint (6-2-23).pdf**
275K

 **Gmail**

Devi Nampiaparampil <devichechi@gmail.com>

---

## Proof of service receipt
1 message

---

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>
To: Devi Nampiaparampil <devichechi@gmail.com>

Fri, Jun 2, 2023 at 5:22 PM

---

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please retain it for your records. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities. Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

DEVI NAMPIAPPARAMPIL

_(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)_

-against-

AMY LOPREST
DAVID DUHALDE
HANNAH EGERTON , please see attached

_(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)_

AMENDED
**Complaint for Violation of Civil
Rights**
(Non-Prisoner Complaint)

Case No. 23-cv-3947-pkc-LB
_(to be filled in by the Clerk's Office)_

Jury Trial:  ☑ Yes   ☐ No
_(check one)_



RECEIVED
JUN 02 2023
PRO SE OFFICE

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DEVI NAMPIAPARAMPIL |
| Street Address | 111 JOHN STREET |
| City and County | NEW YORK, NY |
| State and Zip Code | NY 10038 |
| Telephone Number | (212) 409-1800 |
| E-mail Address | devichechi @ gmail.com |
| | DrDevi FoR NYC @ gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | AMY LOPREST |
| Job or Title (if known) | EXECUTIVE DIRECTOR |
| | NYC CAMPAIGN FINANCE BOARD |
| Street Address | |
| City and County | NEW YORK, NY |
| State and Zip Code | NY 10007 |
| Telephone Number | |
| E-mail Address (if known) | |

2

**Defendant No. 2**

Name — DAVID DUHALDE

Job or Title (if known) — SENIOR CANDIDATE SERVICES LIAISON NYC CAMPAIGN FINANCE BOARD

Street Address — 100 CHURCH STREET 12TH FLOOR

City and County — NEW YORK, NEW YORK

State and Zip Code — NY 10007

Telephone Number — (212) 409-1800

E-mail Address (if known) — DDuhalde@nyccfb.info

**Defendant No. 3**

Name — HANNAH EGERTON

Job or Title (if known) — DIRECTOR OF CANDIDATE SERVICES NYC CAMPAIGN FINANCE BOARD

Street Address — 100 CHURCH STREET 12TH FLOOR

City and County — NEW YORK, NEW YORK

State and Zip Code — NY 10007

Telephone Number — (212) 409-1800

E-mail Address (if known) — hegerton@nyccfb.info

**Defendant No. 4**

Name — FREDERICK SCHAFFER

Job or Title (if known) — CHAIR, CAMPAIGN FINANCE BOARD

Street Address — 100 CHURCH STREET 12TH FLOOR

City and County — NEW YORK, NEW YORK

State and Zip Code — NY 10007

Telephone Number — (212) 409-1800

E-mail Address (if known) —

additional defendant - please see attached

3

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1ST AMENDMENT - FREEDOM OF SPEECH

4TH AMENDMENT - UNLAWFUL SEIZURE

8TH AMENDMENT - NO EXCESSIVE FINES NOR CRUEL +
UNUSUAL PUNISHMENTS

14TH AMENDMENT - RIGHT TO DUE PROCESS + EQUAL PROTECTION

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."  42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Please see attached

_____

_____

4

III.   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events.  You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims.  Do not cite any cases or
statutes.  If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Please see attached

B.   What date and approximate time did the events giving rise to your claim(s) occur?

Please see attached

C.   What are the facts underlying your claim(s)? *(For example:  What happened to
you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Please see attached

5

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Please see attached

V.    **Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.   If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.   Explain the basis for these claims.

Please see attached

VI.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _6_ / _2_ , 20 _23_

Signature of Plaintiff _____

Printed Name of Plaintiff _DGILI NAMPIGPAKAMPIL_

7