June 5, 2023

RECEIVED IN PRO SE
JUNE 5 2023 @ 5:47 PM
VIA BOX.COM

To Whom It May Concern,

I am an unrepresented Pro Se Plaintiff in: **Case 23-cv-3947-pkc-LB**

I am submitting a correction to my contact information.

OLD:

Devi Nampiaparampil

111 John Street

New York, NY 10038

(212) 409-1800

devichechi@gmail.com

DrDeviForNYC@gmail.com

It should be:

**NEW:**

**Devi Nampiaparampil**

**111 John Street Ste #2509**

**New York, NY 10038**

**(312) 523-5935**

devichechi@gmail.com

I apologize for any confusion. Thank you.

Sincerely,

Devi Nampiaparampil, MD