# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue, 14th Floor*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Blair E. Kaminsky*
*646-837-5151*
*bkaminsky@hsgllp.com*

July 21, 2023

**VIA ECF**
The Hon. Pamela K. Chen
United States District Court
　for the Eastern District of New York
Emanuel Celler Federal Building
225 Cadman Plaza East, Room N631
Brooklyn, New York 11201-1818

　　　Re:　*Devi Nampiaparampil v. Amy Loprest et al.*, No. 1:23-cv-03947-PKC-LB

Dear Judge Chen:

　　I write on behalf of Plaintiff in the captioned matter. On May 26, 2023, Plaintiff filed a complaint against Defendants Amy Loprest, David Duhalde, Hannah Egerton, Frederick Schaffer, Bethany Perskie, and the New York City Campaign Finance Board in this District. On June 22, 2023, Your Honor ordered Plaintiff to show cause "as to why the Eastern District of New York is the proper venue for this action." In light of Your Honor's Order, Plaintiff is voluntarily dismissing this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Blair E. Kaminsky*
　　　　　　　　　　　　　　　　　Blair E. Kaminsky