IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

DEVI NAMPIAPARAMPIL,

    *Plaintiff*,

v.

AMY LOPREST, DAVID DUHALDE, HANNAH EGERTON, FREDERICK SCHAFFER, BETHANY PERSKIE, and THE NEW YORK CITY CAMPAIGN FINANCE BOARD,

    *Defendants*.

Case No.: 1:23-cv-03947-PKC-LB

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Devi Nampiaparampil, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: July 21, 2023
       New York, New York

                                HOLWELL SHUSTER & GOLDBERG LLP

                                By: /s/ *Blair E. Kaminsky*
                                Blair E. Kaminsky (bkaminsky@hsgllp.com)
                                Holwell Shuster & Goldberg LLP
                                425 Lexington Avenue
                                New York, NY 10017
                                Tel: (646) 837-5151

                                *Attorney for Plaintiff*